DEVERIE J. CHRISTENSEN
Nevada Bar No. 6596
KATLYN M. BRADY
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
         katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS YEATREKAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Foreign Company,<br><br>Defendants. | Case No. 3:22-cv-00114-LRH-CLB<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Nicholas Yeatrekas ("Plaintiff"), through his counsel The Geddes Law Firm, P.C., and Defendant Tesla, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including June 21, 2022, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on June 13, 2022.

2. On May 31, 2022, Defendant informed Plaintiff of its intent to file a motion to compel arbitration if Plaintiff did not voluntarily dismiss this matter.

3. On June 1, 2022, Plaintiff's counsel requested additional time to discuss the arbitration issue with her client. The parties agreed Plaintiff would have up to and including June 10, 2022, to provide a response to Defendant's arbitration decision.

4.    During the June 1, 2022, conversation, counsel agreed to extend the deadline to respond to the Complaint until June 21, 2022, to allow the parties additional time to discuss the merits of the arbitration issue.

5.    This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

6.    This request is made in good faith and not for the purpose of delay.

Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this ___ day of June, 2022.

| THE GEDDES LAW FIRM, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/Kristen R. Geddes* <br> KRISTEN R. GEDDES <br> Nevada Bar No. 9027 <br> 1575 Delucchi Lane, Suite 206 <br> Reno, NV 89502 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, ESQ. <br> Nevada Bar No. 6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Nicholas Yeatrekas* | *Attorneys for Defendant* <br> *Tesla, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: June 13, 2022

4857-6221-9044, v. 1